1   Your name: Jesu Christ (Michelle Yvonne Wead)

2   Address: 729 Jones St #308

3   SF, CA 94109

4   Phone Number: (415) 335 0161

5   Fax Number: _____

6   E-mail Address: _____

7   Pro Se   [Select one: *Plaintiff or Defendant*]

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10          [Select one location: San Francisco / Oakland / San Jose / Eureka]

11

12   Jesu Christ                          )   Case Number: CV22        2402

13   (michelle Yvonne Wead)               )
                                          )   Title of Document:
14          Plaintiff(s),                 )
                                          )   violation of the constitution
15          vs.                           )
                                          )   of Endangerment
16   Donald Trump                         )
                                          )   to America People
17   _____             )
                                          )
18   _____             )
                                          )
19   _____             )
                                          )
20   _____             )
                                          )
21          Defendant(s).                 )
                                          )
22   _____

23   _____

24   _____

25   _____

26   _____

27   _____

28   _____

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO. ____ OF ____   [JDC TEMPLATE]

2/14/22

Dear Honorable Judge Laurel Beeler, my beach CJ, Wonderful Hyol,

Last fall, I presented to you my argument that Judge Thomas Hixon and Judge Vince Chhabria obstructed justice by denying me my first amendment right to represent the American people in the prosecution of one of Donald Trump's crimes against America, his violation of the constitutional endangerment of the American people. He committed his crime by changing the National Environmental Policy Act without the power or authority to do so. His crime is on three counts ① He violated the first amendment by doing everything he could to make it so that people who are going to have their homes and property destroyed by the onset of large infrastructure projects would not be able to express their grievances, which is their right because the NEPA is designed to allow the public to have input on the decision-making process of government agencies reviewing the infrastructure projects. The review process is intended to determine if the land, air, water or wildlife would be harmed by the construction of infrastructure

②

② Mr. Trump violated Article 1. Sec 1. of the constitution by denying Congress its sovereign power to make or change laws. "Legislative" means that which involves the creation or the destruction of laws. "Executive" means that which puts laws into effect. Donald Trump overstepped his authority and power when he changed the NEPA. Essentially, he attempted to overthrow the United States government. In the process, He disabled the government which depends solely on the balance among the three branches, the executive, the legislative, and the judicial.

③ Mr. Trump violated the preamble of the constitution which strives to promote the general welfare of the nation by doing everything he could to ensure that the cumulative effect of global warming would not be even considered by the government officials reviewing the infrastructure proposals. By doing so, he endangered the country with the threat of global warming, rendering us susceptible to death by starvation due to drought and death and destruction of homes due to environmental disturbances

(4)

such as hurricanes, tornadoes, a wildfires.

You dismissed my case against Judge Hixn and Judy Chhobron on the grounds that I was supposed to appeal their dismissal of my case against Trump and that judges have immunity. You said that it was not advisable that I make a "collateral attack" against them (thank you for not humiliating me the way Judge Hixn did in his dismissal.) However, I must object to your claim that I was obligated to appeal, yet I did not do so. Nowhere in the constitution is the concept of "appeal" other than that of "appellate jurisdiction", which is the only duty that the law gives to the Supreme Court (The constitution does not say that they serve in any other capacity nor does it say that they can tell the rest of us what to do, or what the constitution allows us to do.) Any "appeal" other than that at the guilty defendant's plea to the Supreme Court is unconstitutional. Even "courts of appeal" are unconstitutional as well because they challenge the laws

Supreme Court's appellate jurisdiction, and they also violate double jeopardy. Therefore, I am not obligated by the law to "appeal" the dismissal of my case against Donald Trump.

Furthermore all dismissals are unconstitutional because they allow judges to deliver not-guilty verdicts to defendants without the consent of a jury. "The trial of all crimes shall be by jury." (this means no bench trials.) By dismissing cases, judges violate Article 1, Sec. 2, of the constitution. Plaintiffs and victims have no chance to prove the truth of their claims against the defendant. This is inacceptable. Therefore, it is my right to demand that Judge Tigar and Judge Chhabria be punished for dismissing my case against Donald Trump. Judges do not, in fact, have immunity. (Don't worry, I will never go after you in court for anything the Supreme Court has ordered you to do, such as dismissing cases.) No one is above the law, not the president, the Congress, or the

⑤

court and judges. Isn't it absurd that the Supreme Court give itself immunity? How dare they do that!

So, I am asking you to allow me to once again file a lawsuit against Judge Tigar and Judge Chhabria for the sole purpose of ultimately achieving justice for the American people concerning Donald Trump's violation of the constitutional enjoyment of the American people. I am in no way trying to antagonize the two judges, or the court as a whole. I only want to assert my own sovereign power to possess as an American citizen. It is my First amendment right to speak up in court as to what I believe did occur when Donald Trump changed the NEPA to affect the permits or so.

I need your help. Without your all powerful, precious, loving heart, I cannot do anything. You are a light shining in the darkness. Everyday, you bring justice, closure, and consolation to so many people who beseech your help in

(6)

the achievement of restitution for the wrongs committed against them. Without you, there would be no justice in this world. I am not buttering you up. I am merely stating that you are beautiful in spirit (and, yes, you are very pretty, too). I do not trust any of the other judges in District Court.

Will you allow me to once again appeal to a jury, as is my right, and prove that Donald Trump hurt America by changing the NEPA, and must be punished for doing so? All I need is the chance to prove in court that, indeed, he hurt us all by blatantly choosing to aid a few wealthy individuals, builders of infrastructure, (that is), at the expense of the entire American people. If you allow me the opportunity, I will prove that all of Mr. Trump's excuses are bogus and rediculous.

Here are his excuses for changing the NEPA:

① He claimed that he wanted to help the United States economy. This assertion is false because infrastructure not only does not help the economy, it actually destroys our

This is because the United States economy is based on small businesses, which rely solely on the aesthetic appearance of their surroundings. When a town or region is pleasant to the eye and ear, people come into it, stroll along its sidewalks, browse in its shops and eating and drinking in its cafés and restaurants. The more they enjoy themselves, the more the economy of its town flourishes.

However, when a large infrastructure project comes through the town, inundating the region with noise and pollution, who would wants to come into it, let alone live there? No one, of course. Furthermore, infrastructure is almost always built in regions of poverty so that it is the poor who lose their homes, not the wealthy few.

Exam #2. Mr. Trump claims that he wants to make America safer by building new roads and highways. This

(8)

argument is untrue because high speed travel on freeways is far more dangerous that travel on backroads with pot holes on them. ③ He claimed that he wanted to create jobs for the American people. This is a lie because there is no guarantee that the firms doing the building of the interstate truth will hire more people to do the work, also that the jobs that they do provide are going to be only temporary. The handful of jobs that an airport provides, for example is not enough to help the entire nation.

④ He claimed that he wanted to make the commute to and from work shorter for Americans others is false because traffic jams occur just as often on highways as they as on backroads ⑤ He claimed that he wanted to save time and money for the tax payers. this is ridiculous because shortening the permit acquisition process of the government is an

(9)

at the risk of completely disabling the NEPA, is unnecessary. All that Mr. Tray had to do is hire a few more government officials to aid in the reviewing of the proposals. Time would be saved, as money as well, because they would be trained more efficiently in discerning as to what will or will not harm the environment.

In the course of the trial, I will provide evidence that will irrefutably show Tray without a doubt of his deviousness as his intentions while making the restrictions on the NEPA. For example, he changed the word "establish" into the purpose and policy section of the law to "establish". This means that whereas before the agencies were compelled to do such and such, they now could choose for themselves what to do or not to do.

I will also provide lots of restrictions that he made in order to stop people from speaking up when their homes were going to be demolished, making it so that people would not even know what

lose them.

I will present witnesses to the jury who will substantiate my claim that Donald Trump violated the constitutional endangered to the An-People. Nancy Pelosi will be subpoenaed to testify that presidents have no power to change laws. My friends, Jerry, Helena, Bruce, ed Jusek, all employees at Saint Francis Memorial Hospital (where I have been a patient many, many times) will testify that global warming is a threat to mankind and that the balance of the three branches of government must be maintained if we are going to survive as a nation. Police officer John Vanleih will testify that law enforcement has the power and right to arrest any government official who oversteps his or her power, such as a president who changes laws without the authority to do so.

Finally, I want to stress that it is paramount ...



Donald Trump be sent to Saint Francis psyche ward on a 5150 hold because he fits all the criteria necessary. He is a danger to himself, a danger to others, and is at times gravely disabled. He is a paranoid schizophrenic, bipolar, obsessive compulsive, al is presently suffering from depression due to his hypothyroid hypothyroid condition. I need him to be cared for so that when I get him into court, I will not devastate his already fragile emotional and mental state by condemning him in front of the entire world. I must show the mercy of Our Father in Heaven. I have prepared the staff at Saint Francis's so that they will be ready to deal with Mr. Trump's mental illness. Once I convict him in court, he must be returned to the same hospital and again be cared for until he is tried for treason. He committed treason against the US. By laying siege with his assault on the capital. He is a very dange...

(2)

lots of connections among people with similar violent intentions. If he is allowed to remain unaccountable for his betrayal of Americans, the morale of Americans will suffer to the point where faith in our constitution will dissolve into other, at the expense of democracy. We will be consumed by anarchy, this must be prevented if we are going to continue to exist as a nation.

Please consider all that I have explained to you. I trust you completely, this Berlin the future of America depends on your shoulders. If you allow me to prosecute Trump for violation of the constitution, for endangerment of the American people, I will be eternally grateful to you, as I already am for your service to the country thus far.

I love you and God bless you,

Sincerely, Jesus Christ

Medell...

728 Jones St. # 368
SF, CA
94108   call me

③

P.S. Here is an example of the question I will ask of Mr. Trump when on the stand:

"Mr. Trump, how are you doing? It's an honor to meet you."

"I'm just fine."

"I voted for you. [I didn't vote for him, but I want him to think I did.] You were a wonderful president. You helped the economy. You distributed masks and tests during Covid. Now, did you change the National Environmental Policy Act?"

"Yes."

"Did you have the power to do so? Yes or no."

"Yes."

"Why do you think that you had the power to do it?"

"I did because presidents are all powerful."

"Oki Let's move on. Why did you change the NEPA?"

"I did it to make America great again."

"Do you mean that America is not so great, and that maybe it's just a dump?"

No answer,

"Mr. Trump, you are going to be convicted for having violated the constitution and endangering the American people."

"Why? What did I do? I did nothing wrong!"

"Hm. Do you mean in your whole life, or as president?"

"Both."

"Mr. Trump. You urinated on a bed in Russia that President Obama slept in. Do you remember the Peetape?"

Then the judge says something like "Knock it off, Jesus!"

Then I say, "I am trying to prove a point, your Honor."

Continuing, I say: "Let's get back to changing laws. It's OK, Donald, we all do stupid things, even like urinating on other people's beds. However, lying about why you changed the NEPA, and saying that you did nothing wrong by doing so, is betrayal of the American people. You are distorting the truth and urinating on the constitution, just like that night you did in Russia with these two presidents. And,

(5)

were you really trying to help America when you
changed the NEPA?"

No answer.

"Mr. Trump, you don't like what is happening right
now, do you? Yes or no. Do you like what is happening to
you right now? Sure, you have a right to remain silent,
that's your First amendment right. But if you don't tell
us how you feel, the world will never know that
you are an angel, a beautiful, wonderful man who
loves animals and children, and is a responsible father
and husband, this is your chance. Just admit that
you did something wrong. You took away the most
fundamental freedom that the constitution provides.
You disabled the government. You made it so that
all of us might die of global warming. Do you
want to be remembered as a man who has no remorse
for betraying his country? Are you okay? Should
you be allowed to go unpunished for what you did to
the constitution and to American people? You were the
most powerful man in the world. Should you be allowed

to remain unaccountable when a common shoplifter must
do six months of jail time for stealing food?
This is your chance. Show the world that you are,
indeed, a man with integrity and dignity, one that
can admit that he did something wrong."

No answer, then I look like I'm gathering my
thoughts, and then I say;

"Alright, let's try something else. Here is a gift
for you. It is a rock, a beautiful creation from
Our Father in Heaven that has a healing energy in it
so that when you hold it, you feel all the stress
of your whole life leave your body. It comes from
this beautiful, wonderful earth that keeps us alive
and gives us joy, the earth that must be protected
by laws such as the NEPA if we are going to survive
as Americans."

then I take Mr. Trump's hand and put the rock in
it. This is my opportunity to do what Our Father
wants me to do. I grab Trump's hand and pull

(17)

"No more questions, your Honor."

PP.S. The duty agents at the FBI have two bags of rocks and crystals that I gave them to give to Donald Trump. Please let them give him these rocks because he will be able to heal himself of his mental illness while he is in the hospital. (Of course, he will need medication, too, 150mg of lamotrigine twice a day, and 400mg seroquel at night for his insomnia. Lamotrigine is a mood stabilizer and seroquel is an anti-psychotic that will help his paranoid schizophrenia. He will also need levothyroxine for his thyroid condition.